**ALVARADO COMMUNITY HOPITAL; Alvarado Hospital Medical Center; Central Plains Hospital; Century City Hospital; Cherokee County Memorial Hospital; Chico Community Hospital; Community Hospital of Los Gatos; Delray Community Hospital; Doctors Hospital, Dallas; Doctors Hospital of Lakewood; Doctors Hospital of Lakewood, Clark; Doctors Hospital of Lakewood–South; Doctors Hospital of Manteca; Doctors Hospital of Montclair; Doctors Hospital of Pinole; Doctors Medical Center of Modesto; Dominguez Medical Center; Garfield Medical Center; Harton Medical Center; Highland Hospital; Hillside Hospital; Hollywood Medical Center; J.E. Smith/F.E. Herbert Hospital; Joellen Smith Medical Center; John F. Kennedy Memorial Hospital; Lake Seminole Hospital; Lincoln West Medical Center; Lodi Community Hospital; Los Alamitos Medical Center; Los Altos Hospital; Manteca Hospital; Meadowcrest Hospital; Ojai Community Hospital; Ontario Community Hospital; Palms of Pasadena Hospital; Placentia Linda Community Hospital; Redding Medical Center; The Memorial Medical Center; Russell County Medical Center; San Diego Physicians and Surgeons Hospital; Trinity Medical Center; Twin Cities Community Hospital; University General Hospital; University Medical Center; West Boca Medical Center, Paracelsus Healthcare Corporation, dba Bellwood Medical Corporation dba Bellwood General Hospital; Lincoln Community Medical Corporation dba Orange County Community Hospital of Buena Park and formerly dba Buena Park Community Hospital; Hollywood Community Hospital Medical Center, Inc. dba Hollywood Community Hospital Lancaster Hospital Corp, dba Lancaster Community Hospital; Paracelsus Los Angeles Community Hospital, dba Los Angeles Community Hospital; Norwalk Hospital Corp, dba Norwalk Community Hospital; Paracelsus Van Nuys Community Hospital Operating Corporation dba Van Nuys Community Hospital; West Covina Health Center Corporation dba West Covina Hospital; Hollywood West Hospital Operating Corporation dba West Hollywood Hospital; Monrovia Hospital Corporation dba Monrovia Community Hospital; Chico Community Hospital, Inc. dba Chico Community Hospital; Lodi Community Hospital Inc., dba Doctors Hospital of Lodi; Paracelsus Peninsula Medical Center Inc. dba Peninsula**

Medical Center; Paracelsus Clay County Hospital Inc., dba Clay County Hospital; Paracelsus Fentress County General Hospital, Inc. dba Fentress County General Hospital; Paracelsus Macon County Medical Center, Inc. dba Flint River Community Hospital and formerly dba Macon County Medical Center; AMI Hospitals of Texas, Ltd. dba AMI Brownsville Medical Center, AMI Heights Hospital, AMI Mid–Jefferson Hospital, Nacogdoches Medical Center, AMI Park Place Hospital; AMI Park Plaza Hospital, dba AMI Twelve Oaks Hospital; New H Arroyo Grande, Inc. dba Arroyo Grande Hospital; Amisub of Georgia, Inc. dba Barrow Medical Center; Lifemark Hospitals of Texas, Inc. dba AMI Bellaire Hospital Byrd and Southwestern General Hospital; Brookwood Medical Center of Eufala, Inc., dba Brookwood Medical Center of Eufala, Brookwood Health Services, Inc. dba AMI Brookwood Medical Center; Lifemark Hospitals of Louisiana, Inc. dba Byrd Memorial Hospital dba AMI St. Judes Medical Center; Central Arkansas Hospital, Inc. dba Central Arkansas Hospital; Amisub of North Carolina, Inc. dba Central Carolina Hospital; New H, Circle City, Inc., dba AMI Circle City Hospital; Clairemont General Hospital, Inc. dba Clairemont Community Hospital; Notami Hospitals of Oklahoma, Inc. dba Claremore Community Hospital; Doctors' Medical Center and Southwestern Medical Center; Clearwater Community Hospital, L.P. dba Clearwater Community Hospital; Coastal Bend Hospital, Inc. dba Coastal Bend Hospital; Lifemark Hospitals of Missouri, dba AMI Columbia Regional Hospital; Rocky Mountain Sanitarium Development Corporation dba Community Hospital of Rocky Mountain; Amisub (Culver Union Hospital), Inc. dba AMI Culver Union Hospital; Denton Regional Medical Center, Inc., dba Denton Regional Medical Center; 13th Street Corp. dba Doctors' Hospital of Opelousas; Doctors' Memorial Hospital, Inc., dba Doctors' Memorial Hospital; East Cooper Community Hospital, Inc. dba AMI East Cooper Community Hospital; Eastway General Hospital, Ltd., dba Eastway General; amisub French Hospital dba AMI French Hospital; Frye Regional Medical Center; Garden Park Community Hospital LP dba Garden Park Community Hospital; Medical Center of Garden Grove; New H Glendora, Inc. dba AMI Glendora Community Hospital, Amisub (North Plains Hospital), Inc. dba Golden Plains Hospital; Gordon Crowell Memorial Hospital; Amisub (McIntosh Trail Regional Medical Center), Inc. dba Spalding Regional Hospital fka Griffin Spalding Hospital; Harris Hospital and Clinic dba Harris Hospital; Notami Hospitals of California, Inc., dba Healdsburg General Hospital, Mission Bay Memorial Hospital and Valley Medical Center; Citizens General Hospital of Houston, Inc., dba Institute for Immunological Disorders (fka Citizens General Hospital); Notami Hospitals of Louisiana, Inc. dba Highland Park Medical Center and Westpark Community Hospital; Brookwood Medical Center of Houston, Inc. dba Houston Community Hospital; Katy Medical Center, Inc. dba Katy Medical Center; Amisub (American Hospital), Inc. dba AMI Kendall Regional Medical Center (fka American/Miami); Notami Hospitals of Florida, Inc. dba Lake City Medical Center; Lucy Lee Hospital, Inc. dba Lucy Lee Hospital, Medical Arts Hospital of Dallas, Inc. dba Medical Arts Hospital–Dalles; Medical Arts Hospital of Texarkana, Inc. dba Medical Arts Hospital–Texarkana; Valley Doctor's Hospital dba North Hollywood Medical Center; Medical Plaza Hospital. Inc. dba Medical Plaza Hospital; Memorial Hospital of Tampa, Ltd., dba Memorial Hospital of Tampa; National Park Medical Center, Inc. dba National Park Medical Center (fka Ouachiata Memorial Hospital); North Fulton Medical Center, Inc. dba AMI North Fulton Regional Hospital; Amisub (North Ridge

Hospital), Inc. dba North Ridge Medical Center; Mckinney Joint Venture dba North Texas Medical Center; Lister Hill Hospital, Inc. dba Northwest Alabama Medical Center; Odessa Hospital, Ltd. dba Odessa Regional Hospital (fka Odessa Women's and Children's Hospital); Palm Beach Gardens Community Hospital, Inc. dba AMI Palm Beach Gardens Medical Center; Lifemark Hospitals of Florida, Inc. dba AMI Palmetto General Hospital; Hospital Constructors, Ltd. dba AMI Town & Country Hospital; Parkway Hospital, Inc. dba Parkway Hospital; Parkway Regional Medical Center, Inc. dba Parkway Regional Medical Center; Amisub of South Carolina, Inc. dba AMI Piedmont Medical Center; Brookwood Medical Center of Orlando, Inc. dba AMI Medical Center of Orlando (fka Brookwood Community Hospital); Amisub of California, Inc. (fka Rancho Encino Hospital); HCMH, Inc. dba Medical Park Hospital; Southwest Medical Center, Inc. dba Riverside Community Hospital; Round Rock Hospital, Inc, dba Round Rock Hospital; San Dimas Community Hospital, Inc. dba AMI San Dimas Community Hospital; Amisub (Sierra Vista), Inc. dba AMI Sierra Vista Regional Medical Center; New H South Bay, Inc., dba South Bay Hospital; Amisub of Florida, Inc., dba AMI Southeastern Medical Center; Creighton Saint Joseph Regional Healthcare System, L.L.C. dba Saint Joseph Hospital; St. Mary's Hospital, Inc., dba AMI St. Mary's Regional Medical Center; AMI/HTI Tarzana Encino Joint Venture. dba Tarzana Regional Medical Center; Terrell Community Hospital, Inc. dba Terrell Community Hospital; HealthOne, dba Presbyterian/St. Luke's Medical Center (fka St. Luke's Medical Center and Presbyterian–Denver Hospital); West Alabama General Hospital, Inc. dba AMI West Alabama Hospital; Westbury Hospital, Inc. dba Westbury Hospital; West Los Angeles Physician's Hospital, LP dba Westside Hospital; Unihealth America, Inc. dba California Medical Center, Santa Monica Medical Center, Martin Luther Medical Center, and Valley Hospital Medical; County of Los Angeles, a political subdivision of the State of California, owner & operator of Los Angeles County/USC Medical Center, Harbor/UCLA Medical Center, Martin Luther King, Jr./Drew Medical Center, Olive View Medical Center & High Desert Hospital, Plaintiffs–Appellants,

v.

DONNA E. SHALALA, Secretary, United States Department of Health & Human Services, Defendant–Appellee.

No. 96–55967.

United States Court of Appeals, Ninth Circuit.

Jan. 19, 1999.

ORDER

Appellants' Motion for Clarification Regarding Interest is GRANTED, and the opinion filed in this case on September 11, 1998, is amended as follows:

In the last paragraph on page 10776 [155 F.3d at 1126], the sentence beginning "We remand ..." should be amended to read: "We remand to the Secretary for redetermination of the FY 1985 day outlier thresholds with instructions to recompute them using the 1984 MEDPAR file and to reimburse the Hospitals for any difference in outlier payments, and for an award of any interest payments that may be due appellants pursuant to 42 U.S.C. § 1395oo(f)(2)."